UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY - 8 2008
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| David E. Henderson, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. **08 0794** |
| Dr. Michael Annabi *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 29th day of April 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

_____
United States District Judge